# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | DAVID LAWRENCE GLASSMAN | | |
| **Case Number:** | 2:09-bk-16332-GBN | **Chapter:** | 7 |

**Date / Time / Room:**  FRIDAY, NOVEMBER 20, 2009 09:15 AM  7TH FLOOR #702

**Bankruptcy Judge:**  GEORGE B. NIELSEN
**Courtroom Clerk:**  JAN HERNANDEZ
**Reporter / ECR:**  KAYLA MORGAN

## *Matter:*

**ADV: 2-09-01306**

**GE Money Bank FSB vs DAVID LAWRENCE GLASSMAN**

STATUS HEARING RE: COMPLAINT TO DENY DISCHARGEABILITY OF DEBT.

**R / M #:**  1 / 0

## *Appearances:*

KEVIN PATRICK NELSON, ATTORNEY FOR GE MONEY BANK FSB
DAVID LAWRENCE GLASSMAN, APPEARS PRO SE

## *Proceedings:*

A DISCUSSION ENSUES AS TO HOW TO PROCEED TO TRIAL.

THE COURT:  MR. NELSON SHALL PROVIDE HIS LIST OF WITNESSES AND COPIES OF HIS EXHIBITS TO MR. GLASSMAN BY JANUARY 8, 2010.  MR. GLASSMAN SHALL THEN SERVE AND FILE HIS LIST OF WITNESSES AND EXHIBITS BY JANUARY 22, 2010. THE PARTIES SHALL RETURN ON JANUARY 26, 2010 AT 9:15 A.M. UNLESS THIS IS RESOLVED THROUGH A STIPULATED ORDER.